IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| <u>Roy v. Monica, et al.</u> | : CIVIL NO. 4:CV-06-0523 |
| | : |
| Inmate:   Alixcar Roy | : (Judge Muir) |
| | : |
| ID Number:   A41-134-162 | : |

<u>ORDER</u>

April 25, 2006

On March 13, 2006, Alixcar Roy, an inmate currently confined at the York County Prison, York, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u>. By Administrative Order dated March 14, 2006, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $250.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and an authorization form. Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE, IT IS ORDERED THAT** this action is

dismissed without prejudice, and the Clerk of Court shall close this file.

```
                        _____
                        Muir
                        United States District Judge
```